THE PEOPLE, on the relation of Solomon Lincoln, *vs.* THE SARATOGA COMMON PLEAS.

On appeal, all the costs of the suit must be paid to the justice: the party has no right to retain a portion as belonging to him.

MOTION for a mandamus. J. Williams recovered a judgment against Lincoln in a justice's court, for $11,27 damages, and $1,85 costs. Williams appealed, and at the time of giving notice of the appeal, paid the clerk of the justice, (in the absence of the justice,) $1,97, as the costs and the fees for making the return, claiming to *retain* $\frac{75}{100}$ as fees due plaintiff's witnesses, which he alleged he had paid. A motion was made to the Saratoga common pleas to quash the appeal, on the ground that all the costs had not been paid, which was denied.

*W. L. F. Warren*, for relator, cited 6 *Cowen*, 61, *id.* 69.

*J. Ellsworth*, contra, cited 7 *Cowen*, 507, 8.

*By the Court*, SUTHERLAND, J. The statute is peremptory, that the party appealing shall pay to the justice *the costs of the suit*, and also the sum of $\frac{75}{100}$ for making and filing the return. (*Statutes, vol.* 6, 295, *c.*) To entitle himself to an appeal, a party must comply strictly with the terms of the statute: (6 *Cowen*, 61, 69.)

Motion granted.*

---

* 7 *Cowen*, 507, is not at variance with this decision. All that is decided in that case is, that the party is not bound to pay *more* than the costs of the suit, viz. the excess of $5.